# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOANNE STONE | CIVIL ACTION |
| VERSUS | NO. 12-2182 |
| LOUISIANA DEPARTMENT OF REVENUE | SECTION I |

## ORDER AND REASONS

Before the Court is a motion[1] to seal this case filed by plaintiff, Joanne Stone. Plaintiff believes that the record of the existence of this lawsuit "is preventing [her] from employment, getting jobs and working."[2] She requests that the Court seal the entire record of this case to prevent these perceived effects and because "[c]onfidential information exists in the files."[3]

There is "a strong public interest in maintaining accurate records in civil cases" and "in free and open access to court documents." *McGough v. Corrections Corp. of Am.*, No. 1:07-0039, 2008 WL 313064, at *3 (M.D. Tenn. Feb. 1, 2008) (denying motion to expunge defendant's name from civil lawsuit so defendant would not have to disclose existence of lawsuit). Thus, "[t]he Federal Rules of Civil Procedure demonstrate a policy in favor of full record retention." *See Alkaabi v. DHS*, No. 09-5476, 2010 WL 4668337, at *1 (E.D. La. Nov. 5, 2010) (Fallon, J.) (citing Fed. R. Civ. P. 79(a)(1)) (denying motion to expunge records that plaintiff had filed a lawsuit).

Although plaintiff asserts that she is presently experiencing adverse consequences as a result of the continued existence of a record of this lawsuit, under these circumstances the Court does not

---

[1] R. Doc. No. 6. Plaintiff filed a similar motion to seal a related case. *See Stone v. La. Dep't of Revenue*, No. 12-3022 (E.D. La. Dec. 20, 2012), R. Doc. No. 47.
[2] R. Doc. No. 6, at 1.
[3] R. Doc. No. 6-1, at 1.

1

find that outweighs the general principle that court records should be public, accessible, and unsealed.[4]  Nor has plaintiff satisfied Local Rule 5.6 by articulating what specific confidential information should be sealed, or why sealing is necessary or authorized by governing case law. *See* LR 5.6(B).  Accordingly,

    **IT IS ORDERED** that plaintiff's motion is **DENIED.**

New Orleans, Louisiana, October 1, 2014.

                  **LANCE M. AFRICK**
                  **UNITED STATES DISTRICT JUDGE**

---

[4] The Court expresses no opinion whether plaintiff may pursue some other relief based on her belief that potential employers have declined to hire her because of her prior litigation.